UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGOTH MENDOZA, an individual, | Case No.: 10-CV-03550-LHK |
| Plaintiff, | ORDER VACATING MOTION HEARING |
| v. | |
| CITIMORTGAGE, INC., and DOES 1 to 50, | |
| Defendants. | |

On August 19, 2010, Defendant Citimortgage, Inc. filed a motion to dismiss Plaintiff's complaint and filed a motion to strike portions of Plaintiff's complaint. Dkt. Nos. 5, 6. In violation of Civil Local Rule 7-3, Plaintiff has not filed an opposition or statement of nonopposition to either of Defendant's motions. Pursuant to Civil Local Rule 7-1(b), the Court deems Defendant Citimortgage, Inc.'s motions suitable for decision without oral argument. Accordingly, the Court hereby VACATES the hearing set for January 27, 2011 at 1:30 P.M. on Defendant's motions and VACATES the case management conference set to follow the motion hearing. The Court will issue a written order on Defendant's motions.

**IT IS SO ORDERED.**

Dated: January 21, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03550-LHK
ORDER VACATING MOTION HEARING