UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGOTH MENDOZA, an individual, ) | Case No.: 10-CV-03550-LHK |
| ) | |
| Plaintiff, ) | ORDER DISMISSING CASE WITH PREJUDICE |
| ) | |
| v. ) | |
| ) | |
| CITIMORTGAGE, INC. and DOES 1 to 50, ) | |
| ) | |
| Defendants. ) | |

On February 18, 2011, in response to Defendant's unopposed motion to dismiss, the Court dismissed Plaintiff's complaint with leave to amend. Dkt. No. 19. In its February 18, 2011 order, the Court granted Plaintiff 30 days to file an amended complaint. As of the filing of this Order, Plaintiffs have not lodged an amended complaint with the Court. Accordingly, the Court hereby dismisses Plaintiff's case with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: March 24, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03550-LHK
ORDER DISMISSING CASE WITH PREJUDICE